IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   98-cv-02762-RPM
Civil Action No.   99-cv-01896-RPM

UNITED STATES OF AMERICA, acting through the FARM SERVICE AGENCY,
UNITED STATES DEPARTMENT OF AGRICULTURE,

        Plaintiff,

v.

PATRICK J. ESCH,
ARLENE K. ESCH,
DENNIS L. ESCH and
KATHLEEN H. ESCH,

        Defendants.
_____

ORDER FOR STATUS REPORT
_____

      These actions have been stayed pending the appeal of this Court's

Memorandum Opinion and Order in Civil Action No. 00-M-957.  On July 22, 2005, this

Court received a copy of an order of the Tenth Circuit Court of Appeals dismissing that

appeal, No. 04-1364, pursuant to Rule 42(b), Federal Rules of Appellate Procedure.

This Court does not have a copy of any dismissal agreement and it is unknown whether

the issues in these civil actions have now been resolved.  Accordingly, it is

ORDERED that counsel in these actions will file a status report or stipulation of dismissal on or before November 15, 2005.

DATED: October 25th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge