IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-02762-RPM-PAC

UNITED STATES OF AMERICA, acting through the FARM SERVICE AGENCY, U.S. DEPARTMENT OF AGRICULTURE,

      Plaintiff(s),

v.

PATRICK J. ESCH,
ARLENE K. ESCH,
DENNIS L. ESCH, and
KATHLEEN H. ESCH,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion for Non-Appearance [filed April 19, 2006; Doc. No. 68] is **GRANTED** as follows:

      Local counsel, Ralph Rhodes, does not need to be present for the settlement conference on May 30, 2006 at 3:00 p.m.

Dated:  April 21, 2006