IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   98-cv-02762-RPM-PAC

UNITED STATES OF AMERICA, acting through the FARM SERVICE AGENCY,
UNITED STATES DEPARTMENT OF AGRICULTURE,

        Plaintiff,

v.

PATRICK J. ESCH,
ARLENE K. ESCH,
DENNIS L. ESCH and
KATHLEEN H. ESCH,

        Defendants.
_____

ORDER OF DISMISSAL
_____

        Pursuant to the Stipulation of Dismissal (Doc. #82), filed on August 23, 2006, it
is

        ORDERED that this civil action is dismissed, with prejudice.  The parties shall
bear their own attorneys' fees, costs, and expenses.

        DATED: August 24, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge